Dr. Theo. Schaps, appellant, v. Emma Fleck, appellee. Gen. No. 35,558.

Opinion filed December 28, 1931.
Daniel Webster, for appellant. A. F. W. Siebel, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Chicago Engineer Supply Company, appellee, v. William J. Selbie et al., trading as Krebs Manufacturing Company, appellants. Gen. No. 35,083.

Opinion filed December 28, 1931. Rehearing denied January 14, 1932.
Lewis S. Eaton and Samuel Petersen, for appellants. Cooke, Sullivan & Ricks, for appellee; Edwin Hedrick and Phillips Irwin, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

M. Welch, appellee, v. Max Geltner et al., defendants. Bernard Shulman, appellant. Gen. No. 35,149.

Opinion filed December 28, 1931.
Shulman, Shulman & Abrams, for appellant; Vincent G. Gallagher and Meyer Abrams, of counsel. Welch & Hoffman, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

William E. Fisher, defendant in error, v. Edward Thomas Secor and La Grange Trust & Savings Bank, plaintiffs in error. Gen. No. 35,309.

Opinion filed December 28, 1931.
Coburn, Kearney & Coburn, for certain plaintiff in error; Marshall V. Kearney, of counsel. Needham, Hubbard & Mulks, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.